

# CHRIS DANIEL

01-15-00293-CR

## HARRIS COUNTY DISTRICT CLERK

March 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 2:49:36 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name· DANIEL SHERMAN BROWN

Cause No: 1422158

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 3-18-15
**Sentence Imposed Date:** 3-18-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post-Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JANET RAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. 1422158

## THE STATE OF TEXAS
### V.
DANIEL SHERMAN BROWN, A/K/A/ _____

183RD District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On **MAR 18 2015** (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw

~~☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.~~

Date **MAR 18 2015**

Attorney (Signature) X AJ Broussard

Defendant (Printed name) X DANIEL SHERMAN BROWN

Attorney (Printed name) X AJ BROUSSARD

FILED
Chris Daniel
District Clerk

MAR 17 2015

Time: _____
Harris County, Texas
By _____

State Bar Number #03087292

Address 7119 GILLEN

Telephone Number 713 643 2800

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

Defendant (Signature) X Daniel Brown

Defendant's Printed name X DANIEL SHERMAN BROWN

SWORN TO AND SUBSCRIBED BEFORE ME ON **MAR 18 2015**

By Deputy District Clerk of Harris County, Texas _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# ORDER

On **MAR 18 2015**_____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time

☑ IS indigent for the purpose of

    ☑ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel and/or paying for a clerk's and court reporter's record

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / ~~DENIED~~

☐ Defendant / appellant's motion (to be found indigent) is DENIED

☐ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
        Bar Card Number_____ SPN Number _____
        is APPOINTED to represent defendant / appellant on appeal

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
        defendant/appellant on appeal
        Assistant Public Defender Assigned by HCPD _____
        Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
        defendant / appellant

BAIL IS

☐ SET at $_____

☐ TO CONTINUE as presently set

☑ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED _____**MAR 18 2015**_____

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ____,
HARRIS COUNTY, TEXAS

Cause No. 1422158



THE STATE OF TEXAS

v.

_Daniel Sherman Brown_, Defendant

IN THE 185e DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW No. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [or] _(this one)_
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [x] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____
Judge

MAR 18 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_X Daniel Brown_
Defendant

FILED
Chris Daniel
District Clerk

Mailing Address: _____

MAR 17 2015

Telephone number: _____

Fax number (if any): _____
Time: _____
Harris County, Texas
By _____ Deputy

_X A.J. Broussard_
Defendant's Counsel

State Bar of Texas ID number: #03087292

Mailing Address: 7119 Gillen

Telephone number: 713 643 2800

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only· (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

# APPEAL CARD

Court __183_AN__ 5-17-18    Cause No. __142158__

142158

The State of Texas

Vs

__DANIEL SHERMAN BROWN__

Date Notice __3-18-15__
Of Appeal MAR 18 2015

Presentation:                Vol._____ Pg._____

Judgment:                    Vol._____ Pg._____

Judge Presiding __JAMES ANDERSON__
Court Reporter __JANET EAGAN__
Court Reporter _____
Court Reporter _____

Attorney
on Trial __A. J. BROUSSARD__

Attorney
on Appeal _____

Appointed_____ Hired_____

Offense __FELON POSS W PD__

Jury Trial:        Yes __✓__ No_____

Punishment
Assessed __20 YRS TDC__

Companion Cases
(If Known) __141489S + 142215T__

Amount of
Appeal Bond _____

Appellant
Confined:        Yes __✓__ No_____

Date Submitted
To Appeal Section _____

Deputy Clerk _____